IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA PACHECO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | NO. 09-CV-1815 |
| Defendant. | : | |

O R D E R

AND NOW, 2nd day of May, 2011, upon independent review of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 10), Defendant's Response to Plaintiff's Request for Review (Doc. No. 17), Plaintiff's reply (Doc. No. 20), and the administrative record, and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and the lack of any objection to the Report and Recommendation, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The final decision of the Commissioner denying disability benefits to Plaintiff is VACATED; and

3. This matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report.

BY THE COURT:

/s J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.